# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 406 WAL 2014
:
                  Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
          v. :
:
:
:
TERRANCE POTEAT, :
:
                  Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.